UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO. MJ07-394 |
| v. | |
| SCOTT J. KALINA, | DETENTION ORDER |
| Defendant. | |

Offenses charged:

Count 1: Possession of Document Making Implements, in violation of Title 18, U.S.C., Section 1028(a)(5);

Count 2: Bank Fraud, in violation of Title 18, U.S.C., Sections 1344, 1349, and 2;

Count 3: Aggravated Identity Theft, in violation of Title 18, U.S.C., Section 1028A.

Date of Detention Hearing: August 24, 2007

The Court, having conducted a contested detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety

DETENTION ORDER
PAGE -1-

of any other person and the community. The Government was represented by Janet Freeman. The defendant was represented by Howard Ratner.

### FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant is viewed as a risk of nonappearance and has a history of failing to appear.

(2) He is viewed as a risk of danger due to his criminal history which involves convictions for Violation of the Uniformed Controlled Substance Act, and Theft.

(3) Defendant is associated with several alias names.

(4) He has an extensive history of substance abuse.

Thus, there is no condition or combination of conditions that would reasonably assure future court appearances.

**It is therefore ORDERED:**

(l) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

1  (4)  The clerk shall direct copies of this order to counsel for the United States,
2       to counsel for the defendant, to the United States Marshal, and to the
3       United States Pretrial Services Officer.
4  DATED this 29th day of August, 2007.

*M J Benton* (signature)
MONICA J. BENTON
United States Magistrate Judge

DETENTION ORDER
PAGE -3-